| Company | Address 1 | City | State | Zip | Attn | Email | Representing |
|---|---|---|---|---|---|---|---|
| Novak & Juhase | 101 Eisenhower Parkway, Suite 300 | Roseland | NJ | 07068 | Kim Steven Juhase | kimjuhase@cs.com | Attorney for Bernard Fuchs |
| Proskauer Rose LLP | 11 Times Square | New York | NY | 10036 | Edward Jonathan Canter<br>Mark David Harris<br>Stacey Paige Eilbaum<br>Steven H. Holinstat | ecanter@proskauer.com<br>mharris@proskauer.com<br>seilbaum@proskauer.com<br>sholinstat@proskauer.com | Attorneys for B Asset Manager, Beechwood Bermuda International Ltd., Beechwood Re Investments, LLC, Moshe a/k/a Mark Feuer, Scott Taylor |
| Binder & Schwartz LLP | 366 Madison Avenue, 6th Floor | New York | NY | 10017 | Wendy Helen Schwartz<br>Gregory Charles Pruden | wschwartz@binderschwartz.com<br>gpruden@binderschwartz.com | Attorneys for Daniel Saks |
| Creizman PLLC | 747 Third Avenue, Suite 200 | New York | NY | 10017 | Eric M. Creizman | ecreizman@piercebainbridge.com | Attorneys for David Ottensoser |
| Lankler Siffert & Wohl LLP | 500 Fifth Avenue, 34th Floor | New York | NY | 10110 | David Hodges<br>Matthew Coogan | dhodges@lswlaw.com<br>mcoogan@lswlaw.com | Attorneys for David Steinberg |
| Alston & Bird, LLP | 90 Park Avenue | New York | NY | 10016 | Adam J. Kaiser<br>Daniella Patricia Main<br>Jenna Chelsea Polivy<br>John M. Aerni<br>William Hao | adam.kaiser@alston.com<br>daniella.main@alston.com<br>jenna.polivy@alston.com<br>john.aerni@alston.com<br>william.hao@alston.com | Attorneys for Defendants Bankers Conseco Life Insurance Company, Washington National Insurance Company, CNO Financial Group, Inc. and 40/86 Advisors, Inc. |
| Gibson, Dunn & Crutcher LLP | 1050 Connecticut Ave NW | Washington | DC | 20036 | Chantale Fiebig<br>Naima Lillian Farrell | cfiebig@gibsondunn.com<br>nfarrell@gibsondunn.com | Attorneys for Dhruv Narain |
| Law Offices of Kenneth A. Zitter | 260 Madison Avenue | New York | NY | 10016 | Kenneth A. Zitter | kzitter@aol.com | Attorneys for Estate of Jules Nordlicht, Barbara Nordlicht, FCBA Trust, Aaron Parnes, Sarah Parnes, Shmuel Fuchs Foundation, Solomon Werdiger, Morris Fuchs, David Gichtin, Ora Gichtin |
| Duane Morris, LLP | One Riverfront Plaza, Suite 1800 | Newark | NJ | 07102-3889 | Eric R. Breslin<br>Melissa S. Geller | erbreslin@duanemorris.com<br>MSGeller@duanemorris.com | Attorneys for Estate of Uri Landesman |
| Perkins Coie LLP | 30 Rockefeller Plaza, 22nd Floor | New York | NY | 10112 | John Penn<br>Jeffrey Vanacore | jpenn@perkinscoie.com<br>jvanacore@perkinscoie.com | Attorneys for GRD Estates Ltd. |
| Perkins Coie LLP | 2001 Ross Ave, Suite 4225 | Dallas | TX | 75201 | John David Penn | | Attorneys for GRD Estates Ltd. |
| Morrison Cohen , LLP | 909 Third Avenue | New York | NY | 10022 | Yehuda David Scharf<br>Daniel Cahen Issacs<br>Donald Howard Chase | dscharf@morrisoncohen.com<br>disaacs@morrisoncohen.com<br>dchase@morrisoncohen.com | Attorneys for Huberfeld Family Foundation |
| Wolf Haldenstein Adler Freeman & Herz LLP | 270 Madison Avenue | New York | NY | 10016 | Daniel Tepper | tepper@whafh.com | Attorneys for Leon Meyers |
| Regosin, Edwards, Stone & Feder | 225 Broadway, Suite 613 | New York | NY | 10007 | Saul E. Feder | sfeder@resflaw.com | Attorneys for Mark Nordlicht and Platinum Management (NY) LLC |
| Thompson & Knight, LLP | 900 Third Avenue | New York | NY | 10022-3915 | Stuart J. Glick<br>Brittney Melissa Edwards | stuart.glick@tklaw.com<br>brittney.edwards@tklaw.com | Attorneys for Michael Katz |
| Thompson & Knight, LLP | 777 Main St, Suite 3300 | Fort Worth | TX | 76102 | Nicholas Shea Davis | nick.davis@tklaw.com | Attorneys for Michael Katz |
| Lawrence R. Gelber | 34 Plaza Street East, Suite 1107 | Brooklyn | NY | 11238 | Lawrence Robert Gelber | gelberlaw@aol.com | Attorneys for Michael Nordlicht, Kevin Cassidy |

| Firm | Address | City | State | Zip | Attorney | Email | Representing |
|---|---|---|---|---|---|---|---|
| Mintz Levin Cohn Ferris Glovsky & Popeo PC | 666 Third Avenue, 25th Floor | New York | NY | 10017 | Lisamarie Frances Collins<br>Therese Marie Doherty | LCollins@mintz.com<br>tdoherty@herrick.com | Attorneys for Michael Nordlicht, Kevin Cassidy<br>Meadows Capital LLC |
| Jeffrey C. Daniels PC | 4 Carren Circle | Huntington | NY | 11743-5102 | Jeffrey Charles Daniels | jdaniels@jeffreycdanielspc.com | Attorneys for Murray Huberfeld |
| Walden Macht & Haran LLP | 1 Battery Park Plaza, 34th Floor | New York | NY | 10004 | Adam Philip Cohen<br>Sean T. Haran | acohen@wmhlaw.com<br>sharan@wmhlaw.com | Attorneys for Naftali Manela |
| Katten Muchin Rosenman LLP | 575 Madison Avenue | New York | NY | 10022 | Anthony Paccione | Anthony.paccione@kattenlaw.com | Attorneys for Olive Tree Capital LLC |
| DLA Piper LLP | 1251 Avenue of the Americas | New York | NY | 10020 | Mark Leslie Deckman<br>Aidan Middlemiss McCormack<br>Brian Seibert | Mark.Deckman@dlapiper.com<br>aidan.mccormack@dlapiper.com | Attorneys for Plaintiffs and Defendants Senior Health Insurance Company of Pennsylvania and Fuzion Analytics, Inc. |
| Holland & Knight LLP | 31 West 52nd Street | New York | NY | 10019 | Barbra Rachel Parlin<br>Elliot Archer Magruder<br>Mitchell J. Geller<br>Qian Shen<br>Warren Ernest Gluck | barbra.parlin@hklaw.com<br>elliot.magruder@hklaw.com<br>mitchell.geller@hklaw.com<br>qian.shen@hklaw.com<br>warren.gluck@hklaw.com | Attorneys for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and for Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) |
| Holland & Knight LLP | 111 Sw Fifth Avenue, Suite 2300 | Portland | OR | 97204 | Peter Richard Jarvis | peter.jarvis@hklaw.com | Attorneys for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and for Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) |
| Holland & Knight LLP | 131 S. Dearborn Street, 30th Floor | Chicago | IL | 60603 | Richard A. Bixter, Jr.<br>Trisha M. Rich | richard.bixter@hklaw.com<br>trisha.rich@hklaw.com | Attorneys for Plaintiffs Martin Trott and Christopher Smith, as Joint Official Liquidators and Foreign Representatives of Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation), and for Platinum Partners Value Arbitrage Fund L.P. (in Official Liquidation) |
| Moskowitz & Book, LLP | 345 Seventh Avenue, 21st Floor | New York | NY | 10001 | Avraham Chaim Moskowitz<br>Christopher Roesch Neff | amoskowitz@mb-llp.com<br>cneff@mb-llp.com | Attorneys for Platinum F.I. Group, LLC<br>**Defendant Abraham C. Grossman** |

| Firm | Address | City | State | Zip | Attorneys | Emails | Representing |
|---|---|---|---|---|---|---|---|
| Jakubowitz & Chuang LLP | 3019 Avenue J | Brooklyn | NY | 11210 | Tovia Jackubowitz | tovia@jakubowitzchuang.com | Attorneys for Rockwell Fulton Capital, L.P. Ditmas Park Capital, L.P. |
| Royal Cooper Cohen Braunfeld LLC | 101 West Elm Street, Suite 400 | Conshohocken | PA | 19428 | Barry L. Cohen | bcohen@sorinroyercooper.com | Attorneys for Twosons Corporation |
| Royal Cooper Cohen Braunfeld LLC | 1120 Avenue of the Americas, Fourth Floor | New York | NY | 10036 | Marc E. Hirschfield<br>Marc F. Skapof | MHirschfield@rccblaw.com<br>mskapof@rccblaw.com | Attorneys for Twosons Corporation |
| Parker Ibrahim & Berg LLC | 5 Penn Plaza, Suite 2371 | New York | NY | 10001 | James P. Berg<br>Daniel Aaron Schleifstein<br>Sanjay Perviz Ibrahim | james.berg@piblaw.com<br>daniel.schleifstein@piblaw.com<br>sanjay.ibrahim@piblaw.com | Bankers Conseco Life Ins. Co. Ltc 2, as successor in interest to BRE BCLIC Primary and BRE BCLIC Sub;<br>BRE BCLIC 2013 LTC Primary;<br>BRE BCLIC 2013 LTC Sub;<br>BRE WNIC 2013 LTC Primary; BRE WNIC 2013 LTC Sub |
| Holland & Knight LLP | 800 17th Street, Suite 1100 | Washington | DC | 20006 | John Leslie BrownLee | john.brownlee@hklaw.com | Christopher Smith as Joint Official Liquidators and Foreign Representative of Platinum |
| Otterbourg P.C. | 230 Park Avenue | New York | NY | 10169 | Adam Craig Silverstein<br>Andrew S. Halpern<br>Erik Bradley Weinick<br>Melanie L. Cyganowski | asilverstein@oshr.com<br>ahalpern@otterbourg.com<br>eweinick@oshr.com<br>mcyganowski@oshr.com | Consolidated Plaintiff Melanie L. Cyganowski as Equity Receiver for Platinum Partners Credit Opportunities Master Fund LP;<br>Consolidated Plaintiff Platinum Partners Credit Opportunities Fund LLC;<br>Consolidated Plaintiff Platinum Partners Credit Opportunities Fund International Ltd.;<br>Consolidated Plaintiff Platinum Partners Credit Opportunities Fund International (A) Ltd.;<br>Consolidated Plaintiff Platinum Parnters Credit Opportunities Fund (BL) LLC;<br>Platinum Parnters Credit Opportunities Fund (TE) LLC |
| Curtis, Mallet-Prevost, Colt & Mosle, LLP | 101 Park Avenue | New York | NY | 10178 | Eliot Lauer<br>Gabriel Hertzberg<br>Jacques Semmelman<br>Julia G. Gumpper | elauer@curtis.com<br>ghertzberg@curtis.com<br>jsemmelman@curtis.com<br>jgumpper@curtis.com | Defendant David Bodner;<br>Beechwood Trust Nos. 7-14 |

| Firm | Address | City | State | Zip | Attorneys | Emails | Party |
|---|---|---|---|---|---|---|---|
| Wilson Sonsini Goodrich & Rosati | 1301 Avenue of the Americas, 40th Fl | New York | NY | 10019 | Eli Bard Richlin<br>Michael S. Sommer<br>Jae Young Jeong<br>Katherine Talbot McCarthy<br>Morris J. Fodeman | erichlin@wsgr.com<br>msommer@wsgr.com<br>ajeong@wsgr.com<br>kmccarthy@wsgr.com<br>mfodeman@wsgr.com | Defendant David Levy |
| Loeb & Loeb LLP | 345 Park Avenue | New York | NY | 10154 | Jordan A. Meddy<br>Peter Gregory Schwed | jmeddy@loeb.com<br>gschwed@loeb.com | Defendant Estate of Solomon Englander;<br>Defendant Estate of Gertrude Englander |
| Lipsius-Benhaim Law, LLP | 80-02 Kew Gardens Road, Suite 1030 | Kew Gardens | NY | 11415 | Ira S. Lipsius | iral@lipsiuslaw.com | Attorneys for Beechwood Re Ltd., Beechwood Re Investments, LLC, B Asset Manager LP, B Asset Manager II LP, Beechwood Re Holdings, Inc., Beechwood Bermuda International LTD., Beechwood Bermuda LTD., BAM Administrative Services LLC, Moshe M. Feuer, Feuer Family 2016ACQ Trust, Taylor-Lau Family 2016ACQ Trust, Scott A. Taylor, Dhruv Narain, Beechwood Capital Group LLC, Beechwood Re Investments, LLC, Beechwood Re Holdings, Inc., BBLN-PEDCO Corp., Illumin Capital Management LP, BHLN-PEDCO Corp. |
| Simspon Thacher & Bartlett LLP | 425 Lexington Ave. | New York | NY | 10017 | Jeffrey Li Ding | jding@wmhlaw.com | Defendant Naftali Manela |
| Holland & Knight LLP | 800 17th Street, Suite 1100 | Washington | DC | 20006 | Timothy D. Belevetz | timothy.belevetz@hklaw.com | Martin Trott as Joint Official Liquidators and Foreign Representative of Platinum Partners Value Arbitrage Fund L.P. (In Official Liquidation)<br>Christopher Smith as Joint Official Liquidators and Foreign Representative of Platinum Partners Value Arbitrage Fund L.P. (In Official Liquidation)<br>Platinum Partners Value Arbitrage Fund L.P. (In Official Liquidation) |
| DLA Piper LLP | 2000 University Avenue | East Palo Alto | CA | 94303 | James D. Mathias | james.mathias@dlapiper.com | Plaintiff Senior Health Insurance Company of Pennsylvania |
| DLA Piper US LLP (MD) | 6225 Smith Avenue | Baltimore | MD | 21209 | Ellen E. Dew<br>Kathleen Ann Birrane | ellen.dew@dlapiper.com<br>kathleen.birrane@dlapiper.com | Plaintiff Senior Health Insurance Company of Pennsylvania |

| Firm | Address | City | State | Zip | Contact | Email | Role |
|---|---|---|---|---|---|---|---|
| Epstein Ostrove LLC | 200 Meroplex, Suite 304 | Somerset | NJ | 08873 | Elliot Ostrove Vahbiz Karanjia | v.karanjia@epsteinostrove.com | Attorney to Seth Gerzberg |
| Skadden, Arps, Slate, Meagher & Flom, LLP | 155 North Wacker Drive | Chicago | IL | 60606 | Charles F. Smith  William E. Ridgway   Lara A. Flath | charles.smith@skadden.com | Attorneys for Lincoln International LLC |
| Skadden, Arps, Slate, Meagher & Flom, LLP | Four Times Square | New York | NY | 10036 | Robert A. Fumerton | Robert.fumerton@skadden.com | Attorneys for Lincoln International LLC |